[No. 23820–5–I. Division One. April 23, 1990.]

*In the Matter of the Dependency of* C.P.

DEBORAH ANN HANSON, *Appellant,* v. THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 88–7–01057–7, Norma Smith Huggins, J., entered December 19, 1988. *Reversed* by unpublished opinion per Swanson, J., concurred in by Coleman, C.J., and Grosse, J.

[No. 24800–6–I. Division One. April 23, 1990.]

THE STATE OF WASHINGTON, ET AL, *Appellants,* v. THE CITY OF SEATTLE, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 87–2–16492–6, Michael J. Fox, J., entered August 4, 1988. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Coleman, C.J., and Winsor, J.

[No. 23331–9–I. Division One. April 23, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. CHAE SON PELKEY, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 88–1–00650–8, Stuart C. French, J., entered November 4, 1988. *Reversed* by unpublished opinion per Swanson, J., concurred in by Webster and Winsor, JJ. Now published at 58 Wn. App. 610.